

**SOKOLOFF STERN LLP**

179 WESTBURY AVENUE, CARLE PLACE, NEW YORK 11514  PHONE (516)334-4500  FAX (516)334-4501  WWW.SOKOLOFFSTERN.COM

LEO DORFMAN
LDORFMAN@SOKOLOFFSTERN.COM

June 25, 2024

**By ECF**
Hon. Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas St.
White Plains, NY 10601-4150

Re:  *Metzgar v. City of Port Jervis, et al.*
Docket No. 23-cv-05198 (KMK) (JCM)
File No. 230240

Your Honor:

We represent the Defendants. We write jointly with Plaintiff to respectfully ask that the Court stay discovery, set to end on July 25, 2024, for 90 days to give the parties time to continue to mediate this matter with the Southern District's Mediation Program. Mediation is progressing—the Parties have held two sessions and are scheduling another for early July. A stay will give the Parties time to exchange information and continue to allocate resources toward a potential resolution, rather than litigation. In the alternative, the Parties ask that the Court extend to October 25, 2024 the deadline for fact discovery. This would be the first extension of the deadline.

Thank you for your consideration.

Granted, but please do not assume more such extensions will be granted.

So Ordered.
6/25/24

Respectfully submitted,

SOKOLOFF STERN LLP

Leo Dorfman
LEO DORFMAN

cc: All parties by ECF

CARLE PLACE  ■  GOSHEN  ■  NEW YORK CITY